No. 182. PAXSON v. WILLIE A. DAVIS; and

No. 183. SAME v. JAMES B. DAVIS. October 9, 1933. Petition for writs of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Samuel W. Mc-Cart* for petitioner. *Mr. Martin J. McNamara* for respondents.

No. 185. MAYNE ET AL v. ST. LOUIS UNION TRUST CO., ET AL., EXECUTORS. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Samuel W. Fordyce* and *Thomas W. White* for petitioners. *Solicitor General Biggs* and *Messrs. Sewall Key, Hayner N. Larson, Thos. S. Mc-Pheeters, Henry Davis,* and *Harold R. Small* for respondents.

No. 186. BRILL, RECEIVER, v. W. B. FOSHAY CO. ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Josiah E. Brill* and *Mortimer H. Boutelle* for petitioner. *Messrs. Clark R. Fletcher* and *C. J. Rockwood* for respondents.

No. 188. PACIFIC ATLANTIC STEAMSHIP CO. v. MOORE-MACK GULF LINES, INC. ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Willard U. Taylor* for petitioner. *Messrs. D. Roger Englar, Leonard J. Matteson,* and *Howard M. Long* for respondents.

No. 190. PENNSYLVANIA R. CO. v. DEPTULA. October 9, 1933. Petition for writ of certiorari to the Court of